1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant NARCISO-BERNAL

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,        )        No. CR 11-00738 LHK
                                     )
12              Plaintiff,           )        **STIPULATION AND [~~PROPOSED~~]**
                                     )        **ORDER CONTINUING HEARING**
13       v.                          )        **DATE AND EXCLUDING TIME**
                                     )        **UNDER THE SPEEDY TRIAL ACT**
14  RICARDO NARCISO-BERNAL,          )
                                     )
15              Defendant.           )
                                     )
16  _____ )

17       Defendant and the government, through their respective counsel, subject to the court's

18  approval, hereby stipulate that the Court continue the status hearing in the above-captioned

19  matter, presently scheduled for, December 21, 2011 at 10:00 a.m., to February 8, 2012, at

20  10:00 a.m.  The reason for the continuance is defense counsel's unavailability because of a recent

21  death in defense counsel's family, and continuity of counsel.

22       The parties further agree and stipulate that time should be excluded from and including

23  December 21, 2011, through and including February 8, 2012, to provide counsel reasonable time

24  to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly,

25  the United States and the defendant agree that granting the requested exclusion of time will serve

26  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

1    IT IS SO STIPULATED.

2    Dated: December 14, 2011

3                                            _____/s/_____
                                             MANUEL ARAUJO
                                             Assistant Federal Public Defender

4    Dated: December 14, 2011

5                                            _____/s/_____
                                             ANN MARIE URSINI
                                             Special, Assistant United States Attorney

6

7                                    **[PROPOSED] ORDER**

8          GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

9    ORDERED that the status conference hearing in the above-captioned matter shall be continued

10   from December 21,  2011, at 10:00 a.m., to February 8, 2012, at 10:00 a.m.

11         THE COURT FINDS that failing to exclude the time between December 21, 2011, and

12   February 8, 2012, would unreasonably deny the defendant's continuity of counsel, and would

13   unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

14   account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

15         THE COURT FURTHER FINDS that the ends of justice served by excluding the time

16   between December 21, 2011, and February 8, 2012, from computation under the Speedy Trial

17   Act outweigh the interests of the public and the defendant in a speedy trial.

18         THEREFORE, IT IS HEREBY ORDERED that the period of delay from December 21,

19   2011, through and including February 8, 2012, be excluded for purposes of Speedy Trial Act

20   computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

21   3161(h)(7)(B)(iv).

22         IT IS SO ORDERED.

23

24   Dated: December ___15___, 2011                _Lucy H. Koh_____

25                                             HONORABLE LUCY H. KOH
                                             United States District Judge

26